UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-30128 |
|---|---|
| MARK B COLE | (Chapter 13) |
| 09/03/2010 WIFE DISMISSED | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 0 | MARK B COLE<br>3432 ANNABELLE DRIVE<br>KETTERING, OH  45429 | 238.85 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service      09-30128

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK B COLE
09/03/2010 WIFE DISMISSED
3432 ANNABELLE DRIVE
KETTERING, OH  45429

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        sv